UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD HAIRSTON,<br><br>　　　　　Petitioner,<br>　v.<br>JOE LOMBARDO,<br><br>　　　　　Respondent. | Case No. 2:18-cv-00498-MMD-PAL<br><br>ORDER |

Petitioner has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed *in forma pauperis,* nor did he pay the filing fee of five dollars ($5.00).

It is therefore ordered that petitioner file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court will send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner must make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner will have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 4th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE