# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD HAIRSTON, | Case No. 2:18-cv-00498-MMD-PAL |
| Petitioner, | ORDER |
| v. | |
| JOE LOMBARDO, | |
| Respondent. | |

On April 4, 2018, the Court directed Petitioner to either pay the filing fee for his writ of habeas corpus, or file an application to proceed *in forma pauperis*. (ECF No. 4.) At the time, Petitioner was in custody at the Clark County Detention Center. (*See* ECF No. 11 at 1.) Petitioner now has filed a motion for extension of time to file an application because he has been transferred to the High Desert State Prison. (*Id.*) Good cause appearing, it is therefore ordered that Petitioner's motion for extension of time (ECF No. 11) is granted. Petitioner will have thirty (30) days from the date of entry of this order to comply with the Court's earlier order (ECF No. 4).

DATED THIS 8th day of May 2018

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE