# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| LEONARD HAIRSTON, | Case No. 2:18-cv-00498-MMD-PAL |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JOE LOMBARDO, | |
| Respondent. | |

The Court granted Petitioner an extension of time to pay the filing fee or to file an application to proceed *in forma pauperis*. (ECF No. 12). The order was returned in the mail. It appears that the Court changed Petitioner's address from the Clark County Detention Center to the High Desert State Prison, but Petitioner's identification number was not changed. The Court will correct that oversight.

It is therefore ordered that the Clerk of the Court change Petitioner's inmate identification number from 0711642 to 40268.

It is further ordered that the Clerk of the Court send a copy of the Court's May 8, 2018 order (ECF No. 12) to Petitioner.

It is further ordered that Petitioner will have thirty days from the date of entry of this Order to comply with the Court's April 4, 2018 order (ECF No. 4).

DATED THIS 14th day of June 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE