# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LEONARD HAIRSTON,

    Petitioner,

v.

JOE LOMBARDO,

    Respondent.

Case No. 2:18-cv-00498-MMD-PAL

ORDER

Petitioner has filed an application to proceed *in forma pauperis* (ECF No. 16). The Court finds that Petitioner is unable to pay the filing fee.

When Petitioner commenced this action, he was in jail, apparently on a probation revocation proceeding. Petitioner is now in prison. Petitioner will need to file an amended petition on the Court's form for a petition pursuant to 28 U.S.C. § 2254. Petitioner also will need to change the respondent to the warden of the prison. Petitioner will need to allege all his claims in the amended petition. Any claims that he does not allege in the amended petition will be waived.

It therefore is ordered that the application to proceed *in forma pauperis* (ECF No. 16) is granted. Petitioner need not pay the filing fee of five dollars ($5.00).

It further is ordered that the Clerk of the Court file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, which currently is attached to the notice at ECF No. 1.

It further is ordered that the Clerk of the Court will send Petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions. Petitioner will

have thirty (30) days from the date that this Order is entered in which to file an amended petition to correct the noted deficiencies. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time-period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims. Failure to comply with this order will result in the dismissal of this action.

It further is ordered that Petitioner must clearly title the amended petition as such by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" on page 1 in the caption, and Petitioner must place the case number, 2:18-cv-00498-MMD-PAL, above the word "AMENDED."

It further is ordered that the Clerk of the Court add Adam Laxalt, Attorney General for the State of Nevada, as counsel for Respondents.

It further is ordered that the Clerk electronically serve upon Respondents a copy of the petition and this order. Respondents' counsel must enter a notice of appearance herein within twenty (20) days of entry of this Order, but no further response is required from Respondents until further order of the Court.

It further is ordered that Petitioner's motion to extend facts (ECF No. 3) is denied as moot.

It further is ordered that Petitioner's motion for leave to file an amended petition (ECF No. 5) is denied as moot.

It further is ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 7) is denied as moot.

It further is ordered that Petitioner's motion for leave to amend (ECF No. 8) is denied as moot.

DATED THIS 14th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE