# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD HAIRSTON,<br><br>　　　　　　Petitioner,<br>　v.<br>JOE LOMBARDO,<br><br>　　　　　　Respondent. | Case No. 2:18-cv-00498-MMD-PAL<br><br>ORDER |

Petitioner filed a motion for status check and docket sheet (ECF No. 19). Good cause appearing, it is therefore ordered that Petitioner's motion for status check and docket sheet is granted. The Clerk of the Court will send Petitioner a copy of the docket sheet.

DATED THIS 23rd day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE