UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LEONARD HAIRSTON, | Case No. 2:18-cv-00498-MMD-PAL |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JOE LOMBARDO, | |
| Respondent. | |

The Court's order directing Petitioner to file an amended petition (ECF No. 17) was returned in the mail. It appears that Petitioner had transferred prisons and his notice of change of address had yet not arrived at the Court. The Court will give Petitioner additional time to file an amended petition.

It therefore is ordered that the Clerk send Petitioner a copy of the Court's order of August 14, 2018 (ECF No. 17).

It further is ordered that Petitioner will have thirty (30) days from the date of entry of this order to file an amended petition in accordance with the Court's August 14, 2018 order (ECF No. 17).

DATED THIS 27th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE