UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD HAIRSTON,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>JERRY HOWELL, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 2:18-cv-00498-MMD-PAL<br><br>ORDER |

On April 29, 2019, the Court denied the petition for a writ of habeas corpus, declined to issue a certificate of appealability, and entered final judgment. (ECF Nos. 39, 40.) Petitioner now has filed a motion to extend prison copy work limit (ECF No. 41). Petitioner presents no arguments why he needs additional photocopying resources for a closed action. The motion states that Petitioner's claims have merit–the motion itself is a generic form that the Court has seen many times before in many other cases–but the Court has already determined that Petitioner's claims lack merit.

It is therefore ordered that Petitioner's motion to extend prison copy work limit (ECF No. 41) is denied.

DATED THIS 21st day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE